IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
DAVID PALMER, Revenue Officer,
Internal Revenue Service,

    Petitioners,

No. MC S-08-0005 FCD GGH

vs.

ANTHONY ELKINS and ALICE WIGHT,

    Respondents.

ORDER

_____/

Respondents have requested an extension of time to appear at the show cause hearing, presently scheduled for March 13, 2008, pursuant to the court's order of January 16, 2008.[1] Although respondents request a continuance of thirty days, the government has agreed to seven days only. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' March 12, 2008 request for an extension of time is granted in part; and

\\\\\

---

[1] Respondents' request was submitted as an exhibit to "petitioners' consent to seven-day continuance," filed March 12, 2008. Respondents' request is unsigned and was not independently filed with the court. It is dated March 10, 2008.

1

1       2.  The March 13, 2008 show cause hearing is continued to March 20, 2008, at
2  10:00 a.m.
3  DATED: 03/14/08                    /s/ Gregory G. Hollows
4                                     _____
                                      UNITED STATES MAGISTRATE JUDGE
5
   GGH:076/USElkins0005.36.wpd