IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
DAVID PALMER, Revenue Officer,
Internal Revenue Service,

    Petitioners,                               MISC 08-0005 FCD GGH

    vs.

ANTHONY ELKINS & ALICE WIGHT,

    Respondents.                            ORDER

_____/

        On April 3, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Respondents filed objections on April 10, 2008,[1] petitioners filed a reply to respondents' objections, and they were both considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920

---

[1] Respondents' "amended motion for time, and reply to Mr. Himel's objection," filed April 10, 2008, has also been considered in conjunction with respondents' objections.

1

(1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed April 3, 2008, are ADOPTED; and

2. The IRS summonses issued to respondents, Anthony Elkins and Alice Wight, are hereby enforced, and respondents are ordered to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95814, before Revenue Officer David Palmer or his designated representative, on the twenty-first day after the filing date of this order, or at a later date and time to be set in writing by the Revenue Officer, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

DATED: April 29, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE